UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| I. COCHRAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | NO: 1:21-CV-3164-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 14). The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 14) is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2. On remand, the case will be assigned to a new ALJ who will further develop the record as necessary; offer the claimant an opportunity for a new hearing; reassess the medical and nonmedical source opinions, prior administrative medical findings, and Plaintiff's symptom allegations; and proceed through the sequential evaluation, obtaining vocational expert evidence as necessary.

3. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

DATED July 11, 2022.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2